IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARGARET HUNTER,

    Plaintiff,

    v.

HAROLD M MESSMER JR., et al.,

    Defendants.

No. C 09-04626 JSW

**JUDGMENT**

Pursuant to the Court's Order entered today, dismissing this action with prejudice, judgment is HEREBY ENTERED, and the Clerk is directed to close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 28, 2009

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARGARET HUNTER,

    Plaintiff,

v.

HAROLD M MESSMER JR et al,

    Defendant.

Case Number: CV09-04626 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 28, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Margaret Hunter
P.O. Box 2281
Easley, SC 29641

Dated: October 28, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk