UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 28 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MARGARET HUNTER,

               Plaintiff - Appellant,

  v.

HAROLD M. MESSMER, Jr.; et al.,

              Defendants - Appellees.

No. 09-17700

D.C. No. 3:09-cv-04626-JSW
U.S. District Court for Northern
California, San Francisco

**ORDER**

     A review of the file in this case reveals that the appellant has failed to

perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

     Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to

respond to the order of this court dated December 16, 2009.

     A copy of this order sent to the district court shall constitute the mandate of

this court.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Robert Sansone
Deputy Clerk